IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HAGUE, AS TRUSTEE
OF THE HAGUE FAMILY
IRREVOCABLE TRUST, et al.,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

NO. C11-02366 TEH

ORDER RE: TEMPORARY RESTRAINING ORDER

      Plaintiffs' home at 17656 Hillside Court, Castro Valley, California ("the property"), is scheduled to be sold at a Trustee's Sale on Thursday, May 26, 2011, at 12:30 p.m. On May 24, 2011, Plaintiffs filed an ex parte application for (1) a temporary restraining order halting the sale, and (2) an order to show cause as to why a preliminary injunction should not issue. The facts presented in Plaintiffs' application and supporting declarations clearly show that immediate and irreparable injury will result from the Trustee's Sale. The Court is also satisfied with Plaintiffs' counsel's efforts to give notice to Defendants and his explanation as to why notice should not be required in this instance. Accordingly, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court hereby GRANTS Plaintiffs' ex parte application for temporary restraining order. This order is issued at 4:30 p.m. on May 24, 2011, and is effective until 4:30 p.m. on June 7, 2011.

      Defendants are also HEREBY ORDERED to show cause as to why a preliminary injunction should not issue halting any further action concerning the sale of the property. Unless the parties stipulate to an extension of the temporary restraining order and an alternative hearing and briefing schedule, Defendants' show cause response shall be filed on

or before May 27, 2011. Any reply from Plaintiffs shall be filed on or before June 1, 2011. This matter is set for hearing on Monday, June 6, 2011, at 10 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: 5/24/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT