1  Jason W. Estavillo (Bar No. 188093)
   LAW OFFICES OF JASON ESTAVILLO
2  1330 Broadway, Suite 933
   Oakland, California 94612
3  Telephone: (510) 982-3001
   Facsimile:  (510) 982-3302
4
5  Attorney for George Hague, as Trustee of The Hague
   Family Irrevocable Trust, Nancy Hague
6  And George Hague

7
                     UNITED STATES DISCRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 GEORGE HAGUE, AS TRUSTEE OF THE         ) CASE NO. 3:11-CV-02366-TEH
   HAGUE FAMILY IRREVOCABLE TRUST,         )
11 NANCY HAGUE AND GEORGE HAGUE,           ) STIPULATION FOR CONTINUANCE ON
   individuals,                            ) TIME TO FILE AMENDMENT TO
12                                         ) COMPLAINT
              Plaintiffs,                  )
13                                         )
        vs.                                ) DATE: September 5, 2011
14 WELLS FARGO BANK, N.A., NDEX WEST,      ) COURTROOM: 12
   LLC.,; and DOES 1-100, inclusive,       ) JUDGE: The Honorable Thelton E. Henderson
15                                         )
              Defendants                   )
16                                         )
                                           )
17 _____

18 THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys, that the due

19 date in this matter should be continued by fifteen (15) days to September 19, 2011.

20      The due date in this matter is presently set for September 5, 2011. No prior continuances

21 have been requested or granted. We respectfully request the granting of this continuance due to the

22 fact that Jason Estavillo's wife just delivered twins in August 2011 and the amount of time to draft

   and file the Amendment is currently limited.

23      The parties and all counsel hereby acknowledge that Plaintiffs' Counsel will appear *ex parte*

24 to effect this stipulation as soon as is convenient and that no other party or their counsel will appear.

25 ///

---

*Hague Family Trust v. Wells Fargo, N.A., et., al.,*                    STIPULATION FOR CONTINUATION

                                         1

Respectfully submitted,

Dated: August 30, 2011

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

_____
Kenneth Franklin for Defendant


Dated: August 30, 2011

LAW OFFICE OF JASON W. ESTAVILLO

_____
Jason W. Estavillo for Plaintiffs


**ORDER**

IT IS SO ORDERED.

DATED: ____09/01____, 2011

_____
JUDGE, UNITED STATES DISTRICT
COURT

Judge Thelton E. Henderson