1 | Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO
2 | 1330 Broadway, Suite 933
Oakland, California  94612
3 | Telephone:  (510) 982-3001
Facsimile:   (510) 982-3302
4 |
5 | Attorney for George Hague, as Trustee of The Hague
Family Irrevocable Trust, Nancy Hague
6 | And George Hague
7 |
8 |                    UNITED STATES DISCRICT COURT
9 |                   NORTHERN DISTRICT OF CALIFORNIA
10 | GEORGE HAGUE, AS TRUSTEE OF THE          )   CASE NO. 3:11-CV-02366-TEH
HAGUE FAMILY IRREVOCABLE TRUST,          )
11 | NANCY HAGUE AND GEORGE HAGUE,            )   **STIPULATION FOR CONTINUANCE ON**
individuals,                             )   **TIME TO FILE AMENDMENT TO**
12 |                                          )   **COMPLAINT**
                Plaintiffs,               )
13 |                                          )
vs.                                      )
14 | WELLS FARGO BANK, N.A., NDEX WEST,       )   DATE: September 5, 2011
LLC.,; and DOES 1-100, inclusive,        )   COURTROOM: 12
15 |                                          )   JUDGE: The Honorable Thelton E. Henderson
                Defendants                )
16 |                                          )
                                         )
17 |                                          )

18 | THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys, that the due

19 | date in this matter should be continued by fifteen (15) days to September 19, 2011.

20 |         The due date in this matter is presently set for September 5, 2011.   No prior continuances

21 | have been requested or granted.  We respectfully request the granting of this continuance due to the

22 | fact that Jason Estavillo's wife just delivered twins in August 2011and the amount of time to draft

and file the Amendment is currently limited.

23 |         The parties and all counsel hereby acknowledge that Plaintiffs' Counsel will appear *ex parte*

24 | to effect this stipulation as soon as is convenient and that no other party or their counsel will appear.

25 | ///

---

*Hague Family Trust v. Wells Fargo, N.A., et., al.,*                          *STIPULATION FOR CONTINUATION*

1

2

3           Respectfully submitted,

4           Dated: August 3○, 2011           ANGLIN, FLEWELLING, RASMUSSEN
                                             CAMPBELL & TRYTTEN LLP

5

6                                            _K. G. A_

7                                            Kenneth Franklin for Defendant

8           Dated: August 3○, 2011           LAW OFFICE OF JASON W. ESTAVILLO

9

10

11                                           Jason W. Estavillo for Plaintiffs

12

13                                           **ORDER**

14

15          **IT IS SO ORDERED.**

16

17          **DATED:** _____ 09/01 _____, **2011**

18          JUDGE

19          COURT

20                                           Judge Thelton E. Henderson

21

22

23

24

25