Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 933
Oakland, California 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3302

Attorney for George Hague, as Trustee of The Hague Family Irrevocable Trust, Nancy Hague And George Hague

UNITED STATES DISCRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAGUE, AS TRUSTEE OF THE HAGUE FAMILY IRREVOCABLE TRUST, NANCY HAGUE AND GEORGE HAGUE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC.,; and DOES 1-100, inclusive,<br><br>Defendants | CASE NO. 3:11-CV-02366-TEH<br><br>**STIPULATION FOR CONTINUANCE ON CASE MANAGEMENT CONFERENCE**<br><br>DATE: September 26, 2011<br>TIME: 1:30 PM<br>COURTROOM: 12<br>JUDGE: The Honorable Thelton E. Henderson |

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys, that the Case Management Conference Statement in this matter should be continued by at least thirty (30) days to October 24, 2011 pending the filing of the Amended Complaint.

The Case Management Conference is presently set for September 26, 2011 at 1:30 PM No prior continuances have been requested or granted.

The parties and all counsel hereby acknowledge that Plaintiffs' Counsel will appear *ex parte* to effect this stipulation as soon as is convenient and that no other party or their counsel will appear.

///

///

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: September 16, 2011 | ANGLIN, FLEWELLING, RASMUSSEN |
| 3 | CAMPBELL & TRYTTEN LLP |
| 4 | |
| 5 | /s/ |
| 6 | Kenneth Franklin for Defendant |
| 7 | |
| 8 Dated: September 14, 2011 | LAW OFFICE OF JASON W. ESTAVILLO |
| 9 | /s/ |
| 10 | |
| 11 | Jason W. Estavillo for Plaintiffs |

**ORDER**

IT IS SO ORDERED.

DATED: September 19, 2011

*[Signature]*
JUDGE, U.S. DISTRICT COURT
Judge Thelton E. Henderson

*Hague Family Trust v. Wells Fargo, N.A., et., al.,*     STIPULATION FOR CONTINUATION
2