Jason W. Estavillo (Bar No. 188093)
LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 933
Oakland, California 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

Attorney for George Hague, as Trustee of The Hague
Family Irrevocable Trust, Nancy Hague
And George Hague

UNITED STATES DISCRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAGUE, AS TRUSTEE OF THE HAGUE FAMILY IRREVOCABLE TRUST, NANCY HAGUE AND GEORGE HAGUE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., NDEX WEST, LLC.,; and DOES 1-100, inclusive,<br><br>Defendants | Case No. 3:11-CV-02366-TEH<br><br>**STIPULATION FOR CONTINUANCE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**<br><br>Date: November 14, 2011<br>New Date: November 28, 2011<br>Time: 10:00 AM<br>Courtroom: 12<br>Judge: The Honorable Thelton E. Henderson |

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys, that the Motion to Dismiss First Amended Complaint and Motion to Strike in this matter should be continued by fourteen (14) days to November 28, 2011.

The Motion to Dismiss First Amended Complaint and Motion to Strike hearing is presently set for November 14, 2011 at 10:00 AM. Plaintiff's counsel has a trial scheduled to begin that day in Ventura County Superior Court. No prior continuances have been requested or granted.

Accordingly, all counsel parties hereby stipulate and request that the due dates for the Opposition and Reply documents be continued. Opposition documents will be due on Monday, October 31, 2011 and Reply documents will be due on Monday, November 7, 2011.

Respectfully submitted,

Dated: October 7, 2011

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

Kenneth Franklin for Defendant

LAW OFFICE OF JASON W. ESTAVILLO

Dated: October 6, 2011

/s/

Jason W. Estavillo for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED: October 12, 2011



Judge Thelton E. Henderson

Hague Family Trust v. Wells Fargo, N.A., et., al.,

2

STIPULATION FOR CONTINUATION