IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HAGUE, et al.,

                Plaintiff,

v.

WELLS FARGO BANK, N.A. et al.,

                Defendant.

NO. C11-02366 TEH

ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

On October 24, 2011, a case management conference was scheduled to occur at 1:30 p.m. in Courtroom 12, 19th Floor of the U.S. District Courthouse in San Francisco. At that meeting, counsel for the Plaintiff failed to appear. Due to counsel's failure to appear, the case management conference had to be continued. Furthermore, counsel for Defendant Wells Fargo Bank was forced to wait, following a morning hearing at the courthouse, until after 2:00 p.m. in anticipation of appearing at the case management conference, only to be told the conference would have to be continued due to Plaintiff's counsel's failure to appear.

The Court hereby ORDERS Jason W. Estavillo, counsel for the Plaintiff, to SHOW CAUSE why monetary sanctions should not be imposed. Counsel may submit any written response to this order on or before November 14, 2011, and the matter will be heard on November 28, 2011, at 10:00 a.m. with the motion to dismiss, and the continued case management conference. Defendant's counsel may request attorney fees for his time lost due to Plaintiff's counsel's absence.

**IT IS SO ORDERED.**

Dated: 10/25/2011

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT