EDWARD A. TREDER
State Bar No. 116307
GRACE K. EVERITT
State Bar No. 245844
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20110015000018

Attorneys for Defendant NDeX WEST, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAGUE, AS TRUSTEE OF THE HAGUE FAMILY IRREVOCABLE TRUST, NANCY HAGUE AND GEORGE HAGUE,<br><br>Plaintiffs,<br>vs.<br><br>WELLS FARGO BANK, N.A., NDEX WEST LLC, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-02366-TEH<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC<br><br>[NO HEARING REQUIRED] |

The Stipulation of Non-Monetary Status by and between Plaintiffs GEORGE HAGUE, AS TRUSTEE OF THE HAGUE FAMILY IRREVOCABLE TRUST, NANCY HAGUE AND GEORGE HAGUE and Defendant NDeX WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC
-1-

Plaintiffs do not assert any claims for monetary relief against Defendant NDeX WEST, LLC, and Plaintiffs' First Amended Complaint does not allege any misconduct on Defendant NDeX WEST, LLC's part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDeX WEST, LLC shall have no liability to Plaintiffs for any monetary damages, attorney's fees or costs of suit.

Defendant NDeX WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: 02/22/2012



HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE