IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAGUE, et al., <br><br>  Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. et al., <br><br>  Defendant. | NO. C11-02366 TEH <br><br> <u>ORDER REVISING BRIEFING SCHEDULE AND ORDERING RESPONSE FROM PLAINTIFF</u> |

On April 24, 2012, Defendant Wells Fargo Bank filed a motion for attorneys' fees. Plaintiff's response to this motion was due on May 8, 2012, but was not received. To date, no response from Plaintiff has been received, but counsel for the Plaintiff has alerted the Court's Courtroom Deputy, Ms. Tana Ingle, to an ongoing medical issue which required surgery the week of May 8th, 2012.

On May 15, 2012, Defendant filed a notice of non-opposition with the Court, inviting the Court to rule on the motion for attorneys' fees. The Court declines to rule on the motion without having received any response or briefing of any kind from Plaintiff. Therefore, the hearing presently set for June 25, 2012 is VACATED and re-set for **July 16, 2012.** The Court further ORDERS counsel for Plaintiff to file a response to Defendant Wells Fargo's motion for attorneys' fees on or before **June 6, 2012.** Any reply shall be due on or before **June 13, 2012.**

**IT IS SO ORDERED.**

Dated: 5/17/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT