IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HAGUE, AS TRUSTEE
OF THE HAGUE FAMILY
IRREVOCABLE TRUST, et al.,

Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

Defendants.

NO. C11-02366 TEH

ORDER STAYING DECISION
ON MOTION FOR
ATTORNEY'S FEES

This matter comes before the Court on Defendants' motion for award of attorney's fees, filed April 24, 2012 by Defendant Wells Fargo Bank. Plaintiff, in his opposition to the motion for attorney's fees, requests the Court stay decision on this matter pending the determination of the Ninth Circuit Court of Appeals on the merits of the motion to dismiss granted by this Court. Defendants, in their reply to Plaintiff's opposition, do not offer any authority suggesting that it would be inappropriate to do so, nor clearly oppose this request by Plaintiff, and therefore the Court grants Plaintiff's request to defer ruling on the issue of attorney's fees until a decision on the pending appeal has issued. The hearing previously set for July 16, 2012, is hereby VACATED, and decision on the matter of attorney's fees is STAYED pending a determination on Plaintiff's appeal. Defendants shall re-file their motion for award of attorney's fees within fourteen days of the issuance of the appellate court's decision on Plaintiff's appeal.

**IT IS SO ORDERED.**

Dated: 7/2/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT